No. 91–5168. TAYLOR *v.* HESSE, SUPERINTENDENT, ARROW-HEAD CORRECTIONAL CENTER, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–5169. COMMITO ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5171. CRAWFORD *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 91–5172. CARGO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5173. GONZALES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5175. ALEXANDER *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5177. DUNNING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5178. MASON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–5179. CARTER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 91–5181. DONLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5182. PALACIOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5183. SMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5186. RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5187. PITTSLEY, A MINOR, BY HER MOTHER, PITTSLEY *v.* WARISH ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–5188. HARRIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.